Form ODM13HRG 06/07

# UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

*Case No.:* 10−10639
*Chapter:* 13

*In Re: Debtor(s):*

Bettina F. Simoneaux
aka Tina Simoneaux
1125 Sunshine Drive
Baker, LA 70714

*Social Security No.:*

xxx−xx−2336

*Employer's Tax I.D. No.:*

## ORDER DISMISSING CHAPTER 13 CASE

For reasons orally assigned in Open Court,

**IT IS ORDERED** that this case is **DISMISSED** and the automatic stay is terminated.

**IT IS FURTHER ORDERED** that the trustee is awarded a $50.00 administrative fee payable from funds in her possession, if the court has not confirmed a plan.

**IT IS FURTHER ORDERED** that the trustee will be discharged from and relieved of his of her trust upon the closing of the case.

Baton Rouge, Louisiana, 10/22/10.

s/Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE